BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

FILED

JUN 30 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 2:06-sw-0084 DAD |
| ) | |
| SEARCH OF 1246 PUTNAM AVENUE, ) | |
| YUBA CITY, CA 95991; and ) | ORDER UNSEALING SEARCH WARRANT |
| 2961 LYNWOOD DRIVE, ) | AND SEARCH WARRANT AFFIDAVIT |
| YUBA CITY, CA 95993 ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 6-30, 2011

EDMUND F. BRENNAN
United States Magistrate Judge

1